# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:07cr43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JONATHAN RAY GEORGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER coming on to be heard before the undersigned, pursuant to a motion filed by defendant's counsel entitled, "Unopposed Motion to Continue Detention Hearing" (#8). In the motion, defendant's counsel request that the defendant's detention hearing be continued "for at least a week" and it appearing to the court that the Government has consented to said motion.

## ORDER

IT IS, THEREFORE, **ORDERED:**

1. That the defendant's motion hereby **ALLOWED** and it is further ordered that the defendant be detained pending orders of the court;

2. That all time limits for the holding of a detention hearing are hereby found by the court to be waived by the defendant;

3. That the detention hearing in this matter be scheduled for **January 11, 2008** at such time as the clerk may set the matter for hearing.

Signed: December 27, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge