**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:07cr43**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JONATHAN RAY GEORGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER coming on to be heard before the undersigned, pursuant to a Motion (#11) made by defendant's counsel moving the court to allow the defendant to withdraw his request for a detention hearing. It appearing to the court that good cause has been shown for the granting of said motion.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the defendant's motion (#11) entitled "Motion to Withdraw Request for Detention Hearing" is hereby **ALLOWED** .

Signed: January 10, 2008

Dennis L. Howell
United States Magistrate Judge